| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| CHRIS GLISSON, | Case No. 3:19-cv-00025-RCJ-CLB |
| Plaintiff | ORDER |
| v. | |
| FURLONG et al., | |
| Defendants | |

**I.  DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action without prejudice.

Additionally, Plaintiff did not sign the penalty of perjury page on his complaint. (ECF No. 1-1 at 11). Although another inmate helped Plaintiff draft the complaint, Plaintiff must sign the complaint to "declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct." (*Id.*) The Court will send Plaintiff a copy of the complaint. The Court grants Plaintiff thirty (30) days from the date of entry of this order to sign the complaint and return a complete, signed copy of the complaint to this Court. If Plaintiff does not submit a signed copy of his complaint to the Court within thirty (30) days from the date of entry of this order, the Court will dismiss this action without

prejudice.

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that Plaintiff will file his updated address with the Court within thirty (30) days from the date of this order.

It is further ordered that the Clerk of the Court will send Plaintiff a copy of the complaint (ECF No. 1-1).

It is further ordered that Plaintiff will return a signed copy of the complaint to the Court within thirty (30) days from the date of this order.

It is further ordered that, if Plaintiff fails to timely update his address or submit a signed complaint, the Court will dismiss this case without prejudice.

DATED:  November 18, 2019.

_____
UNITED STATES MAGISTRATE JUDGE